UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Bizar, dba Fantasy Games Unlimited, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>Jeffrey Dee, et al., )<br>)<br>Defendants. ) | CV-11-2036-PHX-MEA<br><br><br><br>**ENTRY OF DEFAULT** |

    Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk hereby enters Default against Defendants Jeffrey Dee and Jack Herman.

        DEFAULT ENTERED this 13th of January, 2012.

        BRIAN D. KARTH, CLERK/DCE


     s/L. Dixon
    Deputy Clerk