**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

|  |  |
|---|---|
| Scott Bizar, dba Fantasy Games Unlimited, | ) ) ) |
| Plaintiff, | ) CIV 11-02036 PHX MEA ) |
| v. | ) ORDER ) |
| Jeffrey Dee, Jack Herman, Monkey House Games Incorporated, | ) ) ) ) |
| Defendants. | ) ) |

All of the parties have acquiesced to the exercise of magistrate judge jurisdiction, including the entry of final judgment.[1]

**IT IS ORDERED that** Defendants' motion (Doc. 23) to consolidate this matter with CV 11-2247 PHX DKD is **granted**. The Clerk of the Court is hereby ordered to consolidate these two cases, and the docket number of the consolidated case shall be CV 11-2036 PHX MEA. All pleadings shall be filed in CV 11-2036 PHX MEA.

DATED this 29th day of March, 2012.

_____
Mark E. Aspey
United States Magistrate Judge

---

[1] On March 8, 2012, the Court dismissed Defendant Monkey House Games, Inc., which entity is a Florida corporation, based on Plaintiff's failure to serve this defendant within the time allowed by the Federal Rules of Civil Procedure.