# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Bizar, dba Fantasy Games Unlimited, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
|     Plaintiff/Counter Defendant, ) | CV-11-2036-PHX-MEA |
| ) | CV-11-2247-PHX-MEA |
| v. ) | |
| ) | |
| Jeffrey Dee, et al., ) | |
| ) | |
|     Defendants/Counter Plaintiffs. ) | |

___    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that there is no just reason to delay entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b). Final Judgment is entered in favor of Plaintiff and against Defendants as to Count I and Count II only, in the amount of $52,300.

 

BRIAN D. KARTH
District Court
November 28, 2012            Executive/Clerk

 s/L.Figueroa
By: Deputy Clerk

cc: (all counsel)